# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# FAYETTEVILLE DIVISION

IN RE:

| | |
|---|---|
| **FIRST BAPTIST HOUSING** | **CASE NO. 18-05719-5-DMW** |
| **DEVELOPMENT CORPORATION** | **CHAPTER 11** |

      **DEBTOR.**

## MOTION TO ASSUME MANAGEMENT CONTRACT AND/OR IN THE ALTERNATIVE TO EMPLOY MANAGEMENT COMPANY

**NOW COMES** First Baptist Housing Development Corporation (hereafter "Debtor"), by and through its undersigned counsel, and respectfully moves this Court for an Order authorizing it to assume a prepetition management contract with Multifamily Select, Inc. ("Multifamily"), and/or in the alternative to employ Multifamily. In support of said motion, the Debtor shows unto the Court as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157; and, this Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§151, 157, and 1334.

2. The Debtor filed a voluntary petition seeking relief under chapter 11 of the Bankruptcy Code on November 28, 2018 ("Petition Date"), and currently operates as a Debtor-in-Possession.

3. The Debtor is a North Carolina Nonprofit Corporation with its principal place of business is in Lumberton, Robeson County, North Carolina. The Debtor was formed on May 6, 1985 and has its principal place of business at 40 Marion Road, Lumberton, North Carolina. The Debtor owns and operates First Baptist Homes I (the "Project"), a 40 unit apartment complex, under section 223(f) of the National Housing Act. The Project is regulated by the United States Department of Housing and Urban Development ("HUD") as to rental rates and operating methods. Additionally,

units in the Project are covered under a Housing Assistance Payments Contract with HUD and a significant portion of the Project's rental income is received from HUD.

4. Pursuant to Paragraph (11)(b) of the Regulatory Agreement between the Debtor and HUD, "Mortgagor shall contract for independent professional management of the project in a manner satisfactory to HUD.." This Regulatory Agreement is recorded in the Robeson County Registry in Book 667, at Page 343.

5. Prior to filing, the Debtor entered into a management contract with Multifamily.

6. Multifamily manages the day to day operations of the Debtor's property and helps ensure the Debtor remains in compliance with HUD requirements.

7. While it appears that Multifamily has significant control of the Debtor, Multifamily's actions must comply with numerous HUD requirements and also, if out of the ordinary, be approved by the Debtor's Board of Directors and HUD.

8. Multifamily's compensation pursuant to the management contract is regulated by HUD and is currently:

    a. 7.9% of gross collections-management fee; and

    b. $600.00 monthly accounting fee.

9. The Debtor contends with these restrictions that it should be able to assume Multifamily's contract and pay Mulitfamily pursuant to the management contract. However, in an abundance of caution and/or, in the alternative, the Debtor requests that Multifamily be employed and paid as a professional pursuant to 11 U.S.C. § 327 and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

10. If the Court finds that 11 U.S.C. § 327 is applicable, it would appear that 11 U.S.C. § 327(b) applies better to Multifamily because the Debtor has regularly employed a management

company on salary (% of gross collections) and Multifamily is necessary to the operations of its business.

11. Not only is the Debtor required to have a management company pursuant to the Regulatory Agreement, the Debtor believes that the employment of Multifamily and the payment of the management fees is in the best interests of the estate and its creditors.

12. An Affidavit of disinterest executed by Multifamily is attached as **Exhibit A**.

**WHEREFORE,** the Debtor prays that it be allowed to assume the management contract with Multifamily Select, Inc., and/or in the alternative that Multifamily be employed as a professional and approved as the management company. In addition, the Debtor requests that the management fees earned from the Petition Date, as set forth herein, be allowed by the Court.

DATED: 12/18/18

s/William H. Kroll
WILLIAM H. KROLL
N.C. State Bar No. 39149
wkroll@stubbsperdue.com
STUBBS & PERDUE, P.A.
9208 Falls of Neuse Road, Suite 201
Raleigh, North Carolina 27615
(919) 870-6258
(919) 870-6259 Facsimile
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

FIRST BAPTIST HOUSING DEVELOPMENT
CORPORATION,

CASE NO. 18-05719-5-DMW

CHAPTER 11

DEBTOR.

## AFFIDAVIT

I, Lucinda Williams of Multifamily Select, Inc. of 300 E. John Street, Suite 138, Matthews, North Carolina, 28105, duly sworn, ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ do make this oath:

1. I am the Sr. Vice President of Multifamily Select, Inc.

2. This Affidavit is being given pursuant to Rule 2014 of the Bankruptcy Rules and Section 327 of the Bankruptcy Code.

3. As of the date of the filing of the Debtor's Chapter 11 Petition, the Debtor did not owe me or Multifamily Select, Inc. any monies.

4. I hold no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

This the 12th day of December, 2018.

Sworn to and subscribed
before me this the 12th
day of December, 2018.

_____
NOTARY PUBLIC

My Commission Expires: 11/16/2023

[Notary Seal: WILLIAM H. KROLL, Notary Public, Wake County, NORTH CAROLINA]

LUCINDA WILLIAMS
Sr. Vice President
Multifamily Select, Inc.
300 E. John Street, Suite 138
Matthews, NC 28105
(704) 301-7708 Office
(888) 714-0569 Mobile
E-mail: lwilliams@multifamilyselect.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

IN RE:

**FIRST BAPTIST HOUSING**            **CASE NO. 18-05719-5-DMW**
**DEVELOPMENT CORPORATION,**

                                        **CHAPTER 11**

         **DEBTOR.**

## NOTICE OF MOTION TO ASSUME MANAGEMENT CONTRACT AND/OR IN THE ALTERNATIVE TO EMPLOY MANAGEMENT COMPANY

NOTICE IS HEREBY GIVEN of the MOTION TO ASSUME MANAGEMENT CONTRACT AND/OR IN THE ALTERNATIVE TO EMPLOY MANAGEMENT COMPANY ("Motion") filed in the above captioned case; and,

FURTHER NOTICE IS HEREBY GIVEN that the Debtor has moved to employ Lucinda Williams and Multifamily Select, Inc. ("Management") of 300 E. John Street, Suite 138, Matthews, North Carolina 28105, as Management Company, and approve management fees to Management Company as set forth in the Motion; and,

FURTHER NOTICE IS HEREBY GIVEN that this Application may be allowed provided no response and request for a hearing is made by a party in interest in writing to the Clerk of this Court on or before January 11, 2019; and,

FURTHER NOTICE IS HEREBY GIVEN that if a response and a request for a hearing is filed by a party in interest in writing within the time indicated, a hearing will be conducted on the Application and response thereto at a date to be determined by the United States Bankruptcy Court. If no request for a hearing is timely filed, the Court may rule on the Application and response thereto ex parte without further notice. Any party filing an objection requesting a hearing, shall appear at said hearing or they may be taxed with Court costs.

Dated: 12/18/2018                      s/William H. Kroll
                                                     WILLIAM H. KROLL
                                                     N.C. State Bar No. 39149
                                                     wkroll@stubbsperdue.com
                                                     STUBBS & PERDUE, P.A.
                                                     9208 Falls of Neuse Road, Suite 201
                                                     Raleigh, North Carolina 27615
                                                     (919) 870-6258
                                                     (919) 870-6259 Facsimile
                                                     Attorneys for Debtor

# CERTIFICATE OF SERVICE

I, William H. Kroll, 9208 Falls of Neuse Road, Suite 201, Raleigh, NC 27615 certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 18th day of December, 2018, copies of the foregoing **MOTION TO ASSUME MANAGEMENT CONTRACT AND/OR IN THE ALTERNATIVE TO EMPLOY MANAGEMENT COMPANY and NOTICE were served** on the parties listed below, as indicated and on the attached Exhibit A; and,

I certify under penalty of perjury that the foregoing is true and correct.

DATED: 12/18/2018

                                                        s/William H. Kroll
                                                        WILLIAM H. KROLL
                                                        N.C. State Bar No. 39149
                                                        wkroll@stubbsperdue.com
                                                        STUBBS & PERDUE, P.A.
                                                        9208 Falls of Neuse Road, Suite 201
                                                        Raleigh, North Carolina 27615
                                                        (919) 870-6258
                                                        (919) 870-6259 Facsimile
                                                        Attorneys for Debtor

Copy to:

Bankruptcy Administrator

First Baptist Housing Development Corp.
Attn: Wixie Stephens
504 W. 2nd Street
Lumberton NC 28358

Lucinda Williams
Multifamily Select, Inc.
300 E. John Street, Suite 138
Matthews, NC 28105

Label Matrix for local noticing
0417-5
Case 18-05719-5-DMW
Eastern District of North Carolina
Raleigh
Tue Dec 18 14:35:33 EST 2018

Stubbs & Perdue, P.A.
9208 Falls of Neuse Road
Raleigh, NC 27615-2438

Berkadia Mortgage
Attn: Manager, Agent, Officer
323 Norristown Rd., Ste. 300
Ambler, PA 19002-2758

Hunttee, Inc.
Attn: Manager, Agent, Officer
P.O. Box 292
Hope Mills, NC 28348-0292

Jonathan L. Morton
Huggins, Davis & Associates
P.O. Box 1571
503 N. Elm Street
Lumberton, NC 28358-5558

Multifamily Select, Inc.
Attn: Manager, Agent, Officer
300 E. John Street
Suite 138
Matthews, NC 28105-4939

Secretary of HUD
Attn: Manager, Agent, Officer
451 Seventh Street, SW
Washington, DC 20410-0001

Sharp Business Systems
Attn: Manager, Agent, Officer
Dept. AT 40322
Atlanta, GA 31192-0001

US Dept. of HUD
Attn: General Counsel
40 Marietta Street, SW, 3rd Fl
Atlanta, GA 30303-2806

Trawick H Stubbs Jr.
Stubbs & Perdue, P.A.
P. O. Drawer 1654
New Bern, NC 28563-1654

First Baptist Housing Development Corporatio
504 West 2nd Street
Lumberton, NC 28358-5438

U. S. Bankruptcy Court
300 Fayetteville Street, 4th Floor
P.O. Box 791
Raleigh, NC 27602-0791

CSC Corporation
Attn: Manager, Agent, Officer
13315 Carowinds Blvd.
Charlotte, NC 28273-7700

Internal Revenue Service
Attn: Manager, Agent, Officer
P.O. Box 7346
Philadelphia, PA 19101-7346

Joseph Hubert Langerak IV
Stoll Keenan Ogden PLLC
Once Main Street Suite 201
Evansville, IN 47708

NC Dept of Revenue
Office Services Division
Attn: Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Secretary of Treasury
ATTN: Managing Agent
1500 Pennsylvania Ave NW
Washington, DC 20220-0001

Skyline Restoration, Inc.
Attn: Manager, Agent, Officer
13821 Harrison Street
Blue Island, IL 60406-2800

United States Attorney
ATTN: Civil Process Clerk
310 New Bern Avenue
Federal Bldg Suite 800
Raleigh, NC 27601-1461

William H. Kroll
Stubbs & Perdue, P.A.
9208 Falls of Neuse Road, Suite 201
Raleigh, NC 27615-2438

Skyline Restoration, Inc.
13821 Harrison Street
Blue Island, IL 60406-2800

Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530-0009

Dennis Esford
Windy City Trial Group
233 South Wacker Drive
Suite 2990
Chicago, IL 60606-6368

Jim Pulliam
Kilpatrick Townsend & Stockton
214 North Tryon Street
Suite 2400
Charlotte, NC 28202-1392

Josh Stein, Attorney General
State of NC
9001 Mail Service Center
Raleigh, NC 27699-9001

Presken Management, LLC
Attn: Manager, Agent, Officer
P.O. Box 480472
Charlotte, NC 28269-5320

Securities & Exchange Comm
Office of Reorganization
950 E Paces Ferry Rd NE 900
Atlanta, GA 30326-1382

(c)TCS FIRE & SECUIRTY
ATTN: MANAGER, AGENT, OFFICER
4365 BUTCH SUGGS DR
FAYETTEVILLE NC 28306-2531

Waste Management
Attn: Manager, Agent, Officer
1047 Hwy Church Road
Elgin, SC 29045-9119

Wixie Stephens
130 Tarheel Road
Lumberton, NC 28358-8785

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

~~TCS Fire & Secuirty~~
~~Attn: Manager, Agent, Officer~~
~~4365 Camden Road~~
~~Fayetteville, NC 28306~~

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bankruptcy Administrator          (u)IRS                          End of Label Matrix
                                                                     Mailable recipients   29
                                                                     Bypassed recipients    2
                                                                     Total                 31