# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Fayetteville Division

IN RE:
First Baptist Housing Development Corporation
 *( debtor has no known aliases )*
504 West 2nd Street
Lumberton, NC 28358

TaxID: 58–1620954

CASE NO.: 18–05719–5–DMW

DATE FILED: November 28, 2018

CHAPTER: 11

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN that a hearing will be held as indicated below:

DATE:      Thursday, May 9, 2019
TIME:      09:30 AM
PLACE:     300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27602

to consider and act on the following matters:

 Objection to Claim Number 1 of Skyline Restoration, Inc. filed by William H. Kroll on behalf of First Baptist
 Housing Development Corporation

and to transact all other business as may properly come before the court.

DATED: March 14, 2019

Stephanie J. Butler
Clerk of Court